E. MARTIN ESTRADA
United States Attorney

GLENN S. LEON
Chief, Fraud Section
CORY E. JACOBS
Assistant Chief
AMANDA F. LINGWOOD
Trial Attorney

United States Department of Justice
Fraud Section, Criminal Division
    1400 New York Avenue
    Washington, D.C. 20005
    Telephone: (202) 616-4994 (Jacobs)
    Telephone: (202) 616-0451 (Lingwood)
    E-mail: cory.jacobs@usdoj.gov
    E-mail: amanda.fretto.lingwood@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-cr-00097—RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING **[33]** |
| v. | |
| HAO LIANG HU,<br>  aka "Frank Hu,"<br><br>Defendant. | SENTENCING DATE:<br>04/17/2023 at 10:00 a.m. |

    Based upon the stipulation of the parties,

    IT IS HEREBY ORDERED THAT the sentencing hearing for the defendant Hao Liang Hu be continued from January 24, 2023, to April 17, 2023, at 10:00 a.m.  The parties' initial sentencing pleadings are due on April 4, 2023.

DATED: 11/09/2022        _____
                                HONORABLE R. GARY KLAUSNER
                                United States District Judge