E. MARTIN ESTRADA
United States Attorney

GLENN S. LEON
Chief, Fraud Section
CORY E. JACOBS
Assistant Chief
AMANDA F. LINGWOOD
Trial Attorney

United States Department of Justice
Fraud Section, Criminal Division
     1400 New York Avenue
     Washington, D.C. 20005
     Telephone: (202) 616-4994 (Jacobs)
     Telephone: (202) 616-0451 (Lingwood)
     E-mail: cory.jacobs@usdoj.gov
     E-mail: amanda.fretto.lingwood@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-cr-00097—RGK |
|---|---|
| Plaintiff, | |
| v. | Notice of Manual Filing |
| HAO LIANG HU, aka "Frank Hu," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Fraud Section of the United States Department of Justice, respectfully submits this notice of manual filing that the following documents have been submitted to the Court:

    (1) an application to seal;

    (2) proof of service;

    (3) a proposed order; and

(4) the document(s) to be placed under seal.

Dated: March 8, 2023                    Respectfully submitted,

                                                E. MARTIN ESTRADA
                                                United States Attorney

                                                GLENN S. LEON
                                                Chief, Fraud Section
                                                U.S. Department of Justice

                                                /s/Amanda Fretto Lingwood
                                                CORY E. JACOBS
                                                Assistant Chief
                                                AMANDA FRETTO LINGWOOD
                                                Trial Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA